IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: 1:16-cv-6540-AJP *

LATANGA CROKER,

        Plaintiff,

v.                                                                                    ORDER

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

NOW this 2nd day of November, 2020, it is hereby ORDERED that plaintiff's Petition for and Award of Attorney Fees pursuant to 206 (b)(1) is GRANTED.

1)    The Court authorizes a payment to Karl E. Osterhout, Esquire, in the amount of **Twenty Thousand Twenty Seven dollars and 38/100 ($20,027.38)** in attorney's fees being withheld from Plaintiff's past-due benefits for court related services; and

2)    Upon receipt of this sum, counsel for Plaintiff shall remit **Nine Thousand Six Hundred Fifty dollars and 00/100 ($9,650.00)** directly to Plaintiff, representing the sum already paid to counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

So ordered.

_____
J. ONA T. WANG

\* This case was only recently reassigned to me. /OTW