**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Civil Action No.: 1:16-cv-6540-AJP

LATANGA CROKER,

        Plaintiff,

v.

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

AMENDED ORDER

---

NOW this 8th day of November, 2020, it is hereby ORDERED that plaintiff's Petition for and Award of Attorney Fees pursuant to 206 (b)(1) is GRANTED.

    1)    The Court authorizes a payment to Karl E. Osterhout, Esquire, in the amount of **Twenty Eight Thousand Twenty Seven dollars and 38/100 ($28,027.38)** in attorney's fees being withheld from Plaintiff's past-due benefits for court related services; and

    2)    Upon receipt of this sum, counsel for Plaintiff shall remit **Nine Thousand Six Hundred Fifty dollars and 00/100 ($9,650.00)** directly to Plaintiff, representing the sum already paid to counsel on Plaintiff's behalf pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

_____
J. ONA T. WANG